No. 90–1776.  CHAMBERS v. SOUTHWESTERN BELL TELEPHONE CO., *ante*, p. 900.  Petition for rehearing denied.  JUSTICE

O'CONNOR and JUSTICE THOMAS took no part in the consideration or decision of this petition.